CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

DINAH X. ORTIZ (SBN: 273556)
dortiz@thoits.com
MARK V. BOENNIGHAUSEN (SBN: 142147)
mboennighausen@thoits.com
THOITS LAW
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572
Attorneys for Defendant
Kyoto Place, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>KYOTO PALACE, Inc., a California Corporation; and Does 1-10,<br><br>    Defendant. | Case: 3:22-cv-00330-JD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 30, 2022          CENTER FOR DISABILITY ACCESS

By:  /s/Amanda Seabock
     Amanda Seabock
     Attorneys for Plaintiff

Dated: June 30, 2022          THOITS LAW

By:  /s/Dinah X. Ortiz
     Dinah X. Ortiz
     Attorneys for Defendant
     Kyoto Place, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Dinah X. Ortiz, counsel for Kyoto Place, Inc., and that I have obtained Dinah X. Ortiz authorization to affix her electronic signature to this document.

Dated: June 30, 2022                CENTER FOR DISABILITY ACCESS

By:    /s/Amanda Seabock
         Amanda Seabock
         Attorneys for Plaintiff